FILED
April 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003418236

MARK L. POPE #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
U. S. Department of Justice
Office of the United States Trustee
2500 Tulare Street, 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
    Acting United States Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re: ) Case No.: 10-62153-B-7
)
DAVID MATTHEW JOURDEN and ) Chapter 7
DEANNA MARGARET JOURDEN )
) D.C. No. UST-1
)
Debtors. )
)

**UNITED STATES TRUSTEE'S *EX PARTE*
MOTION TO REOPEN CASE**

TO THE HONORABLE W. RICHARD LEE,
UNITED STATES BANKRUPTCY JUDGE:

    August B. Landis, Acting United States Trustee for Region 17, moves to reopen this chapter 7 case pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, on the following grounds:

    1.    The Debtors received their discharge in this case on February 3, 2011. An Order Approving Trustee's Report of No Distribution, Discharging Trustee and Closing Estate was entered on February 4, 2011.

    2.    The United States Trustee is informed and believes that the trustee has discovered an asset in the amount of approximately $3,000.00, representing a tax refund.

- 1 -

3. The United States Trustee requests that the case be reopened pursuant to 11 U.S.C. § 350(b) and Fed.R.Bankr.P. 5010. The United States Trustee requests the case be reopened to allow the funds to be administered by the trustee for the benefit of the creditors.

4. In the event the case is reopened, the United States Trustee requests that the court order the appointment of a trustee. A trustee is necessary at this time to protect the interests of creditors and the Debtors to insure efficient administration of the estate.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee requests that the motion to reopen this case be granted, and that he have such other and further relief as is just.

Dated: April 13, 2011.

Respectfully Submitted,

Mark L. Pope
Assistant United States Trustee

By: /S/
    Robin Tubesing, Trial Attorney

Attorneys for August B. Landis,
    Acting United States Trustee

E-Flier: Robin Tubesing
Direct phone: 559-487-5002, Ext: 224
E-mail: robin.tubesing@usdoj.gov